UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMILIANO RODRIGUEZ-SANCHEZ,

                Plaintiff,

-v-

AEGEAN EXPRESS INC., and DHANIRAM RAMNARINE,

                Defendants.

24-CV-2701 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This case was removed from New York Supreme Court, New York County, on April 10, 2024. Counsel for the plaintiff is directed to file an appearance with this Court no later than May 3, 2024.

Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by April 26, 2024.

SO ORDERED.

Dated: April 12, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge