UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MAXIMILIANO RODRIGUEZ-SANCHEZ,<br><br>               Plaintiff,<br><br>      -v-<br><br>AEGEAN EXPRESS INC., *et al.*,<br>               Defendants. | 24-CV-2701 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Due to a change in the Court's schedule, the jury trial previously scheduled to begin on May 11, 2026, is ADJOURNED to June 8, 2026.  The trial will take place in Courtroom 706, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.  As previously ordered, the parties shall file a Joint Pretrial Order in compliance with this Court's Individual Rules, as well as any motions in limine, on or before April 17, 2026.  Responses to motions in limine, as well as proposed voir dire questions and proposed jury instructions, shall be filed by April 24, 2026.

      SO ORDERED.

Dated: March 16, 2026
       New York, New York

                                    J. PAUL OETKEN
                            United States District Judge