UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMILIANO RODRIGUEZ-
SANCHEZ,

                              Plaintiff,                          24-CV-2701 (JPO)

              -v-                                                      ORDER

AEGEAN EXPRESS INC., *et al.*,
                              Defendants.

J. PAUL OETKEN, District Judge:

The jury trial previously scheduled to begin on June 8, 2026, is ADJOURNED to August 3, 2026.

The parties shall file a Joint Pretrial Order in compliance with this Court's Individual Rules, as well as any motions in limine, on or before June 17, 2026.  Responses to motions in limine, as well as proposed voir dire questions and proposed jury instructions, shall be filed by June 24, 2026.

The final pretrial conference shall be held in person on July 21, 2026, at 3:00 p.m.  The final pretrial conference and the trial shall take place in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  April 10, 2026
        New York, New York

_____
                J. PAUL OETKEN
                United States District Judge